Carl R. Rodrigues, OSB No. 824569
Email: crodrigues@lrlawnw.com
**LEHNER & RODRIGUES, P.C.**
1500 SW First Avenue, Suite 900
Portland, OR 97201
Telephone: (503) 226-2225/Facsimile: (503) 226-2418

Geoffrey Bridgman, *Pro Hac Vice*
Email: gbridgman@omwlaw.com
**OGDEN MURPHY WALLACE, PLLC**
901 5th Avenue, Suite 3500
Seattle, WA 98164
Telephone: 206-447-7000
Of Attorneys for Defendant Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **FREHOO, INC. dba STARS CABARET & STEAK HOUSE; IHAT, INC.; JMS HOLDINGS, INC.; NIMBY, LLC; NPC CONCEPTS, LLC; NPC PROPERTIES, LLC; RGK HOLDINGS, INC. fka PHOENIX HOLDINGS, INC.; SCS2, INC. dba STARS CABARET...AT THE CAPITOL; SCTO, INC. dba STARS CABARET - BRIDGEPORT; SHM HOLDINGS, INC.; WESTON COURT PROPERTIES, LLC; W.T.H., INC. dba STARS CABARET...IN THE CASCADES; AJS HOLDINGS, INC.; RANDY KAISER; TODD MITCHELL; JEFF STRUHAR; JON HERKENRATH; PAMELA COLBURN; LISA HEINZMAN-MYERS; JOHN GARRETT,**<br><br>Plaintiffs,<br>v.<br><br>**SCOTTSDALE INSURANCE COMPANY; THE BURLINGTON INSURANCE COMPANY.**<br><br>Defendants. | **Case No. 3:16-CV-02253-BR**<br><br>**ORDER OF DISMISSAL OF DEFENDANT SCOTTSDALE INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

THIS MATTER coming on before the Court upon the stipulation of Plaintiffs and Defendant Scottsdale Insurance Company for an order dismissing Plaintiffs' claims against Scottsdale Insurance Company with prejudice and without costs to any party. Based on the stipulation of the parties, the Stipulated Motion to Dismiss Defendant Scottsdale Insurance Company with Prejudice and without Costs to Any Party is hereby granted.

This matter is hereby dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

DATED this 22nd day of August, 2017.

_____
The Honorable Anna J. Brown
United States Senior District Court Judge

Page 2 - **ORDER OF DISMISSAL OF DEFENDANT SCOTTSDALE INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY**