**John A. Bennett**, OSB #750407
E-mail:   john.bennett@bullivant.com
**Margaret M. Van Valkenburg,** OSB #931288
E-mail:   megge.vanvalkenburg@bullivant.com
**Jacqueline Tokiko Mitchson**, OSB #145709
E-mail:   jackie.mitchson@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2089
Telephone: (503) 228-6351
Facsimile: (503) 295-0915
Attorneys for Defendant The Burlington Insurance
Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FREHOO, INC. dba STARS CABARET & STEAK HOUSE; IHAT, INC.; JMS HOLDINGS, INC; NIMBY, LLC; NPC CONCEPTS, LLC; NPC PROPERTIES, LLC; RGK HOLDINGS, INC. fka PHOENIX HOLDINGS, INC.; SCS2, INC. dba STARS CABARET...AT THE CAPITOL; SCTO, INC. dba STARS CABARET - BRIDGEPORT; SHM HOLDINGS, INC.; WESTON COURT PROPERTIES, LLC; W.T.H., INC. dba STARS CABARET...IN THE CASCADES; AJS HOLDINGS, INC.; RANDY KAISER; TODD MITCHELL; JEFF STRUHAR; JON HERKENRATH; PAMELA COLBURN; LISA HEINZMAN-MYERS; JOHN GARRETT,<br><br>                                  Plaintiffs,<br><br>        v. | Civil No.: 3:16-cv-02253-BR<br><br>**STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED JUDGMENT AND ORDER OF DISMISSAL**
**WITH PREJUDICE**
**Page 1**

SCOTTSDALE INSURANCE COMPANY;
THE BURLINGTON INSURANCE
COMPANY,

               Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, the Plaintiffs and Defendant The Burlington Insurance Company, by and through their undersigned counsel, do hereby stipulate to dismissal of the above-entitled action with prejudice and without fees or costs to any party. Defendant Scottsdale Insurance Company was dismissed on August 27, 2017 by order of this Court (Dkt. 30).

| | |
|---|---|
| DATED: January 17, 2018 | DATED: January 17, 2018 |
| FOREMAN STURM & THEDE LLP | BULLIVANT HOUSER BAILEY PC |
| By s/ Nicholas A. Thede per email approval<br>   Nicholas A. Thede, OSB #075460<br>   Telephone: 503.206.5824 | By  s/ Margaret M. Van Valkenburg<br>   Margaret M. Van Valkenburg,<br>   OSB #931288<br>   Telephone: 503.228.6351 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant*<br>*The Burlington Insurance Company* |

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED JUDGMENT AND ORDER OF DISMISSAL**
**WITH PREJUDICE**
**Page 2**

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action is hereby dismissed with prejudice and without fees or costs to either party.

DATED: January 23, 2018

_____ /for
The Honorable Anna J. Brown
United States Senior District Court Judge

4835-1041-0842.1 36740/00001

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**
**Page 3**